1  HEATHER E. WILLIAMS, SBN #122664
Federal Defender
2  RACHELLE BARBOUR, SBN #185395
Assistant Federal Defender
3  OFFICE OF THE FEDERAL DEFENDER
Designated Counsel for Service
4  801 I Street, 3rd Floor
Sacramento, CA 95814
5  Telephone: (916) 498-5700
Fax: (916) 498-5710
6
Attorneys for Defendant
7  ALFONSO R. HAYDEN

8  IN THE UNITED STATES DISTRICT COURT

9  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, ) Case No. 2:23-cr-00312-DJC-1
12 | Plaintiff, ) **STIPULATION AND ORDER TO SET BRIEFING SCHEDULE AND MOTION HEARING**
13 | vs. )
14 | ALFONSO R. HAYDEN, ) Date: March 14, 2024
   ) Time: 9:00 a.m.
15 | Defendant. ) Judge: Hon. Daniel J. Calabretta
16

17   IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States

18 Attorney, through Alstyn Bennett, Assistant United States Attorney, attorney for Plaintiff, and

19 Heather Williams, Federal Defender, through Assistant Federal Defender Rachelle Barbour,

20 attorney for Alfonso R. Hayden, Defendant, that the following briefing and hearing schedule be

21 set for this matter.

22   Defendant's Supplemental Motion    February 15, 2024

23   Government's Response              February 29, 2024

24   Defendant's Reply                  March 7, 2024

25   Hearing Date                       March 14, 2024

26   //

27   //

28

Stipulation and Order                -1-                                    US v. Hayden

The Probation Officer has also been consulted regarding these dates.

        Respectfully submitted,

        HEATHER E. WILLIAMS
        Federal Defender

Date: February 7, 2024　　　　　　　*/s/  Rachelle Barbour*
        RACHELLE BARBOUR
        Assistant Federal Defender
        Attorneys for Defendant
        ALFONSO R. HAYDEN

Date: February 7, 2024　　　　　　　PHILLIP A. TALBERT
        United States Attorney

        */s/Alstyn Bennett*
        ALSTYN BENNETT
        Assistant U.S. Attorney
        Attorney for Plaintiff

## ORDER

The Court, having received, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

Date:  February 8, 2024         /s/ Daniel J. Calabretta
                                THE HONORABLE DANIEL J. CALABRETTA
                                UNITED STATES DISTRICT JUDGE