**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Docket No: 0972/2:23CR00312-01 |
| ) | |
| Alfonso R. Hayden ) | |
| ) | |

On June 25, 2021, the above-named was sentenced in the Eastern District of Missouri to Supervised Release for a period of three years. Supervision commenced on July 8, 2022. Jurisdiction was transferred to the Eastern District of California on December 11, 2023.

On March 14, 2024, a Motion Hearing was held in response to the defendant's Motion for Early Termination of Supervised Release. The Court ordered that Mr. Hayden be discharged from Supervised Release and the proceeding in this case be terminated.

## ORDER OF COURT

Effective March 14, 2024, it is ordered that Alfonso R. Hayden be discharged from Supervised Release, and that the proceedings in the case be terminated.

| March 19, 2024 | /s/ Daniel J. Calabretta |
|---|---|
| **Date** | **Daniel J. Calabretta** |
| | **United States District Judge** |

cc:   AUSA – Alstyn Bennett
        Defense Counsel: Rachelle Barbour
        Supervisee—Alfonso R. Hayden

1